

# THE THIRTEENTH COURT OF APPEALS

## 13-22-00279-CV

Kimberly Pickens as administrator for and on behalf of the Estate of Rajolei Dejahl Pickens; and  Kimberly Pickens, individually and as next friend of William Pickens, Diego Ajani Pickens, Elijah Sol Pickens, Judah Nirvan Pickens, and Arun Gil Pickens, Minors

v.

Robert J. Hewitt

On Appeal from the
267th District Court of Victoria County, Texas
Trial Court Cause No. 19-06-84651-CC

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part and reversed in part, and the case should be remanded to the trial court. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED IN PART, and the case is REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged 50% against appellant and against appellee.

We further order this decision certified below for observance.

June 27, 2024